# IN THE SUPREME COURT OF THE STATE OF NEVADA

DELBERT MARSHALL GREENE,
        Appellant,
        vs.
THE STATE OF NEVADA,
        Respondent.

No. 78014

FILED

FEB 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

      This appeal was initiated by the filing of a pro se notice of appeal.[1] Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

      Appellant has filed a motion for a voluntary dismissal of this appeal. Cause appearing, appellant's motion is granted. NRAP 42(b). Accordingly, this court

      ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Hon. Jerry A. Wiese, District Judge
     Delbert Marshall Greene
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     John P. Parris

---

[1]Appellant's jury trial is scheduled for March 4, 2019.

19-08661